IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:25-CV-48-M-RN

| | |
|---|---|
| PAMELA MELVIN,<br><br>    Plaintiff<br><br>v.<br><br>JOSEPH BIDEN, in his capacity as President of the United States; ANTÓNIO GUTERRES; UNITED NATIONS; MERRICK GARLAND in his capacity as U.S. Attorney General; LUMBERTON AUTOMOTIVE SECOND LLC d.b.a. Lumberton Honda; KENT LOCKLEAR; DOHERTY MOTORS, INC.; FIDELITY WARRANTY SERVICES, INC.; SANTANER CONSUMER USA, INC.; MARGARET BARTLEY, CORAL WONG PIETCH, WILLIAM GREENBERG and LOUISE FLANAGAN in their individual capacity; UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA; UNITED STATES COURT OR APPEALS FOR VETERANS CLAIMS; AMERICAN HONDA MOTOR COMPANY, INC.; and JAMES DEVER in his individual capacity,<br><br>    Defendants. | **ORDER** |

    For good cause and in the Court's discretion, the Court GRANTS the Motion to Stay Discovery filed by Defendant Fidelity Warranty Services, Inc. [DE 44] All discovery as between Plaintiff and Fidelity is stayed until the Court enters an order ruling on Fidelity's motion to dismiss. If the motion to dismiss is denied or denied in part, the Court will enter a further order regarding discovery between Plaintiff and Fidelity.

Dated: April 10, 2025

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge