IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-00048-M

| | |
|---|---|
| PAMELA MELVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| JOSEPH BIDEN, et al., | ) ) ) |
| Defendants. | ) ) |

This matter comes before the court on Plaintiff's motion for sanctions [DE 51], in which she requests that the court order sanctions against Defendant Santander Consumer USA Inc. ("SC") in the amount of $1 million due to SC's removal of this action from state court. Plaintiff named SC as a Defendant, so her position is without merit. *See* 28 U.S.C. § 1441(a). The motion for sanctions is denied.

In addition, Plaintiff filed a "motion" for voluntary dismissal without prejudice [DE 53]. At this stage of the proceedings, Plaintiff has a right to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, to the extent Plaintiff's motion requests court action, her motion is granted and this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

SO ORDERED this 11th day of April, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE