IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CV-00048-M

PAMELA MELVIN,

    Plaintiff,

v.

JOSEPH BIDEN, et al.,

    Defendants.

ORDER

    This matter comes before the court on a series of motions filed by Plaintiff, including a motion "for $1 million sanction against Fidelity Warranty Services" [DE 59], a motion for reconsideration of the court's order denying Plaintiff's motion for sanctions against Santander [DE 62], a motion for sanctions against both Fidelity and Santander "in the [e]vent a court order rules" those entities "did appear" [DE 66], an emergency request for "$4 million" because Plaintiff's "home is to be burned down, [and] her next-door neighbor [] or others are to kill her soon" [DE 67], a motion "for monetary sanctions of $20,000.00 (twenty thousand dollars) against Santander" [DE 75], a motion "to correct the [] case file" [DE 77], a supplemental emergency motion for $4 million because "VA attorneys became furiously angry at seeing Plaintiff [] access on the web at 7:30 a.m., on July 27, 2025, the November 9, 2010 video of the TV interview of former President George W. Bush with NBC's Matt Lauer in which Bush admitted to authorizing torture" [DE 78], and a motion that the court "immediately review all original documents" filed in certain other cases [DE 79].

This case was closed on April 14, 2025, when the court granted Plaintiff's motion to voluntarily dismiss this action. DE 58 at 1. Accordingly, Plaintiff's motions (all of which were filed after the case was closed) are denied as moot. Alternatively, after reviewing each of Plaintiff's motions, the court finds that they lack any basis in law or fact, and denies them.[1]

SO ORDERED this 7th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In light of this disposition, Santander's motion to strike [DE 69] is denied as moot.